# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

VILES DELICES,

    Plaintiff

v.　　　　　　　　　　　　　　　　　　CASE NO. 3:19cv459-MCR-EMT

CAPTAIN LOWERY, et al.,

    Defendants.

_____/

## **O R D E R**

The Chief Magistrate Judge issued a Report and Recommendation on January 13, 2020. ECF No. 33. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.　　The Chief Magistrate Judge's Report and Recommendation, ECF No. 33, is adopted and incorporated by reference in this Order.

2. Defendants' Motion to Dismiss, ECF No. 29, is **GRANTED** as follows:

a. Plaintiff's claims for monetary damages, including nominal damages, against Defendants in their official capacities are **DISMISSED**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii); and

b. Plaintiff's claims for compensatory and punitive damages against Defendants in their individual capacities are **DISMISSED**, pursuant to 28 U.S.C. § 1997e(e), and Plaintiff's recovery be limited to nominal damages;

3. Plaintiff's claims against Defendant Parrot are **DISMISSED** in their entirety; and

4. This case is recommitted to the Chief Magistrate Judge for further pre-trial proceedings on Plaintiff's Eighth Amendment claims for nominal damages against Defendants Lowery, Veader, and Barnes in their individual capacities, and any non-monetary relief to which Plaintiff may be entitled.

**DONE AND ORDERED** this 10th day of February 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**