**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

VILES DELICES,

    Plaintiff,

v.                                          CASE NO. 3:19cv459-MCR-EMT

CAPTAIN LOWERY, et al.,

    Defendants.

_____/

# **O R D E R**

The chief magistrate judge issued a Report and Recommendation on April 12, 2021.   ECF No. 75.   The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation, ECF No. 75, is adopted and incorporated by reference in this Order.

2.      Plaintiff's claims for punitive damages are **REINSTATED**.

3.      Defendants' Motion to Strike Plaintiff's Demand for Jury Trial, ECF

No. 58, is **DENIED**.

**DONE AND ORDERED** this 10th day of June 2021.


s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**